UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. **09-21032**

CIV-COOKE   MAGISTRATE BANDSTRA

Dante GRASSO,

A# 74 922 467

    Plaintiff,

v.

ERIC H. HOLDER, ATTORNEY
GENERAL OF THE UNITED STATES,

ROBERT S. MUELLER, III, DIRECTOR,
FEDERAL BUREAU OF INVESTIGATION

JANET NAPOLITANO, SECRETARY,
DEPARTMENT OF HOMELAND SECURITY,

EMILIO GONZALEZ, DIRECTOR, UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,

LINDA SWACINA, DISTRICT DIRECTOR,
UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,
MIAMI DISTRICT,

ELAINE WATSON, DIRECTOR, NATURALIZATION
UNIT, UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, MIAMI DISTRICT,

    Defendants,
_____/



## COMPLAINT FOR MANDAMUS

Plaintiff, Dante Grasso, by and through his undersigned attorney, complaining of Defendants, alleges as follows:

1

## JURISIDICTION

1.      This is a civil action brought pursuant to 28 USC §§ 1331 and 1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiff.

2.      Jurisdiction is also conferred by 5 USC §704. Plaintiff was aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts, 5 USC §§ 702 *et seq.*

3.      Jurisdiction is further conferred by 8 USC §1447(b) providing subject matter jurisdiction and setting forth the action this Court can take to compel Defendants to adjudicate Plaintiff's application for Naturalization.

4.      The aid of the Court is invoked under 28 USC §§ 2201 and 2202, authorizing a declaratory judgment.

5.      Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC §504, and 28 USC §2412(d), *et seq.*

## VENUE

6.      Venue is proper in this Court, pursuant to 28 USC §1391(e), in that this is an action against US officers in their official capacity brought in the District where the Defendants and Plaintiff reside and where a substantial part of the event and omission giving rise to Plaintiff's claim has occurred. No real property is involved in this action.

## PARTIES

7.      Plaintiff DANTE GRASSO (Alien #74 922 467) ("Mr. Grasso"), a Miami-Dade County, Florida resident and citizen of Italy, applied for Naturalization to the United States

Citizenship and Immigration Service ("USCIS") pursuant to the Immigration and Nationality Act ("INA") §318 by filing Form N-400. The Form N-400 was filed on July 24, 2007..

8. Defendant ERIC H. HOLDER is the Attorney General of the United States and is sued herein in his official capacity and is charged with the administration of the Department of Homeland Security as well as the enforcement of the Immigration and Nationality Act ("INA").

9. Defendant ROBERT S. MUELLER is the Director of the Federal Bureau of Investigation and is sued herein in his official capacity and is charged with the administration of the FBI as well as the enforcement and supervision of security background checks in connection with pending N-400 Naturalization applications.

10. Defendant JANET NAPOLITANO is the Secretary of the Department of Homeland Security and is sued herein in his official capacity and is charged with the administration of the Department of Homeland Security as well as the enforcement of the INA.

11. Defendant EMILIO GONZALEZ is the Director of the United States Citizenship and Immigration Services ("USCIS") and is sued herein in his official capacity and is charged with the administration of USCIS as well as the enforcement of the INA and Chapter 8 of the Code of Federal Regulations.

12. Defendant LINDA SWACINA is the District Director of the USCIS Miami District Office (the "Miami District Office") and is sued herein in her official capacity and is generally charged with supervisory authority over all Miami District Office operations and personnel, including general supervision of the District Adjudications Officers and Supervisory District Adjudications Officers who have failed to adjudicate Plaintiff's application for Naturalization.

13. Defendant ELAINE WATSON is the Director of the Naturalization Unit of the Miami District Office of USCIS and is sued herein in her official capacity and is generally

charged with the day to day administration and supervision of the District Adjudications Officers of the Naturalization Unit for the Miami District Office who have failed to adjudicate Plaintiff's application for Naturalization.

## REMEDY SOUGHT

14.  Plaintiff seeks to have the Court compel the FBI to complete its security background check if it has not yet been completed, and the District Director of the USCIS to adjudicate the pending N-400 application for Naturalization which the Plaintiff filed with the Defendants on July 27, 2006.

## THE STATUTORY AND REGULATORY SCHEME
## OF THE NATURALIZATION PROCESS

15.  Congress has created a comprehensive statutory scheme which guarantees that eligible applicants will be naturalized in a prompt and dignified manner while guaranteeing the integrity of the naturalization process. Defendants, through USCIS regulations, have reinforced the express desire of Congress for a prompt but accurate naturalization process. The requirements for citizenship and the means of application are provided at 8 USC §§1443 – 1445. Further, 8 USC §1446 provides the procedure for conducting the final examination upon applications for citizenship. The Attorney General shall designate employees of the Federal Bureau of Investigations as well as the Service to conduct the examinations pursuant to 8 USC §1446(b), and 8 USC §1446(d) provides that those designated employees "shall make a determination as to whether the application should be granted or denied, with reasons therefore." The regulations provide further that "[t]he applicant shall be notified that the application has been granted or denied and, if the application has been granted, of the procedures to be followed for the administration of the oath of allegiance..." 8 CFR §335.3, and 8 USC §1447(b) provides

that if that determination is not made **"before the end of the 120-day period after the date on which the examination is conducted"** the applicant may apply to a United States District Court for relief. 8 CFR §335.3 similarly requires that **"a decision to grant or deny the application shall be made at the time of the initial examination of the applicant"** (emphasis added).

16. This Court has the authority to order a remedy pursuant to 28 USC §1361, 5 USC §704 and 8 USC §1447(b). A Plaintiff must demonstrate that (1) he has a clear right to the relief requested; (2) the Defendants have a clear duty to perform the act in question; and (3) no other adequate remedy is available.

## FACTUAL ALLEGATIONS

17. On or about July 24, 2007, Plaintiff applied for Naturalization using Form N-400. Evidence of the N-400 filing is attached as Exhibit A.

18. Plaintiff is eligible for naturalization because:
    a. he has been a lawful permanent resident of the United States for a continuous period exceeding the minimum five year requirement;
    b. he has been and continues to be a person of good moral character;
    c. he embraces the principles of the Constitution of the United States; and,
    d. he is fluent in the English language and has knowledge of United States history and government.

19. Plaintiff's fingerprints were taken as required by the Department on November 13, 2007. Evidence of said fingerprints is attached as Exhibit B.

20. Plaintiff was scheduled for a Naturalization interview on October 16, 2008. Plaintiff passed the reading and writing exam as well as the examination of US Civics.

21.     Plaintiff was scheduled for a second interview on November 19, 2008 to discuss a criminal arrest for battery that was eventually *nolle prossed* by the State Attorney for the State of Florida.

22.     Both examinations took place at the Naturalization Unit of the Miami District Office located 77 SE 5 Street; Second Floor; Miami, FL 33131.

23.     Over 150 days have elapsed since Defendants conducted Plaintiff's second Naturalization exam.

24.     Plaintiff has attempted to gain information from the USCIS on several occasions but requests have gone unanswered.

25.     Undersigned Counsel also submitted a formal inquiry on April 6, 2009. Evidence of the email inquiry is attached as Exhibit C. To date, USCIS has not responded.

26.     Defendants have sufficient information to determine Plaintiff's eligibility for Naturalization. Defendants have nevertheless failed to act on Plaintiff's application for naturalization.

## FIRST CLAIM FOR RELIEF

(Violation of the Mandamus Act)

27.     Plaintiff realleges and incorporates by reference paragraphs 1 through 26 inclusive.

28.     The Plaintiff has a clear right to the relief requested. Plaintiff has been a lawful permanent resident of the US for over five years. Plaintiff is a person of good moral character. Plaintiff has never remained outside of the United States for a period exceeding 180 days. In addition, Plaintiff embraces the principles of the US Constitution and is fluent in the English knowledge with an understanding of US History and Government.

29. Defendants, in violation of the Mandamus Act, 28 USC §1361, have a duty to Plaintiff to see that Plaintiff's application for Naturalization is properly determined. Both 8 USC 1447(b) and 8 CFR 335.3 clearly require the USCIS to make a prompt determination within 120 days of the Plaintiff's Naturalization interview. To date, Plaintiff has been waiting over 150 days since his second interview. Defendants have breached that duty by failing to make a prompt determination.

30. The Plaintiff has no other remedy available to him. He has exhausted all administrative remedies and has not received an adequate response from Defendants.

**SECOND CLAIM FOR RELIEF**

(Violation of the Administrative Procedures Act)

31. Plaintiff realleges and incorporates by reference paragraphs 1 through 30 inclusive.

32. Defendants are in violation of the Administrative Procedures Act, 5 USC §702 et seq., in that they have (a) unlawfully withheld and unreasonably delayed agency action to which the Plaintiff is entitled and they have (b) taken action that is arbitrary and capricious, an abuse of discretion and not in accordance with law by failing to (1) make a determination on Plaintiff's Naturalization application at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted as required by 8 USC §1447(b) and 8 CFR §335.3; and (2) notify Plaintiff that the application has been granted or denied, and if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship, as required by 8 CFR §335.3.

33. As a result of Defendants violation of 8 USC §§1447(b) and 1448(d) and 8 CFR §335.3, the Plaintiff has been unlawfully deprived of a timely determination of his Naturalization application and timely swearing in as a United States Citizen. Due to the failure of Defendants to

timely process Plaintiff's application, Plaintiff has been unlawfully deprived of the opportunity to timely obtain the substantial and unique benefit of Naturalization.

### THIRD CLAIM FOR RELIEF

(Violation of §336(b) of the Immigration and Nationality Act, 8 USC §1447(b))

34. Plaintiff realleges and incorporates by reference paragraphs 1 through 33 inclusive.

35. Defendants are in violation of 8 USC §1447(b) in that they have failed to properly adjudicate Plaintiff's application for naturalization within 120 days of her Naturalization examination.

36. The Plaintiff has a clear right to the relief requested. Plaintiff has been a lawful permanent resident of the US for over five years. He is a person of good moral character and has never remained outside of the United States for a period exceeding 180 days. In addition, Plaintiff embraces the principles of the US Constitution and is fluent in the English knowledge with an understanding of US History and Government.

### FOURTH CLAIM FOR RELIEF

(Declaratory Judgment of Naturalization)

37. Plaintiff realleges and incorporates by reference paragraphs 1 through 36 inclusive.

38. A bona fide dispute has arisen between Plaintiff and Defendant regarding the factual and legal sufficiency of this failure to adjudicate his Naturalization application and the effect upon Plaintiff's constitutional and statutory rights.

39. Plaintiff is in doubt of his rights and has been prejudiced by Defendants' failure to adjudicate his naturalization application. Defendants' actions in this regard are capricious, arbitrary and contrary to law and the facts.

40. Defendants' failure to adjudicate Plaintiff's naturalization application is tantamount to a denial of naturalization, despite Plaintiff's proven eligibility.

41. The Immigration and Nationality Act specifically permits this Court to conduct a *de novo* review of a denial of naturalization and to determine whether the applicant is eligible and entitled to United States citizenship pursuant to 28 USC §2201.

## IRREPARABLE INJURY

42. As a result of the Defendants failure to perform their duties under 8 USC §§ 1447(b) and 1448(d) and 8 CFR §335.3, Plaintiff has suffered irreparable harm. Plaintiff has suffered protracted delay in the determination of his Naturalization application. He has suffered grievously as a result of these delays. He has been deprived of the substantial and unique benefits of Naturalization, including protection of the laws of the United States equal to that granted to citizens; political rights, including the right to vote; the right to enter and remain in the United States; freedom of movement and travel; the right to obtain a United States passport; the protection of the United States Government when outside of the United States; and the right to transmit nationality to children born abroad.

## REQUEST FOR RELIEF

43. WHEREFORE, Plaintiff requests that this Court:

   a. declare as unlawful the violation by Defendants and their agents of 8 USC §§1447(b) and 1448(d) and 8 CFR §335.3 in failing to make a determination on the Naturalization application of Plaintiff at the time of the initial examination for Naturalization or within 120 days after the initial examination was conducted;

   b. issue a Writ of Mandamus, pursuant to 28 USC §1361 and 5 USC §702 et seq., compelling Defendants and their agents to make a determination on the

Naturalization application of Plaintiff, to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance, and to conduct ceremonies to administer the oath of Naturalization within 20 days of the issuance of such writ;

c. enter in his favor and against Defendants, and that the Court hear Plaintiff's case, enter a judgment finding that Plaintiff is eligible and entitled to naturalization and declare him a United States citizen;.

d. hold Plaintiff as a "prevailing party" and providing for the award of costs and attorney's fees and expenses under The Equal Access to Justice Act, as amended, 28 USC §2412; and

e. granting such other relief at law and in equity as justice may require.

Respectfully submitted,
MARTINEZ & SORDO, P.A.
9350 South Dixie Highway; 10th Floor
Miami, Florida 33156
Telephone: (305) 670-6767
Fax: (305) 670-7065

_____
E-mail: emilio@efmvisa.com
Florida Bar No. 0195022

Dated this 20th day of April, 2009.

## CERTIFICATE OF SERVICE

**I hereby certify that a true and correct copy of the foregoing Complaint for Mandamus was served upon the following individuals via Federal Express Courier:**

United States Attorney's Office, 99 NE 4 Street, Miami, FL 33128

Eric H. Holder Jr., Attorney General of the United States, US Department of Justice; 950 Pennsylvania Avenue, NW; Washington, DC 20530

Robert S. Mueller III, Director, Federal Bureau of Investigation; J. Edgar Hoover Building; 935 Pennsylvania Avenue, NW; Washington DC 20535-0001

Janet Napolitano, Secretary, Department of Homeland Security; Office of the General Counsel; United States Department of Homeland Security; Washington DC 20528

Emilio Gonzalez, Director, United States Citizenship and Immigration Services; Office of the General Counsel; United States Department of Homeland Security; Washington DC 20528

Linda Swacina, District Director, United States Citizenship and Immigration Service, Miami District, 8801 NW 7th Avenue, Miami, FL 33150

Elaine Watson, Director, Naturalization Unit, United States Citizenship and Immigration Services, Miami District, 8801 NW 7th Avenue, Miami, FL 33150

on this 20th day of April, 2009.

_____
Emilio F. Martinez
Attorney for Plaintiff


Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**



| Receipt | | | NOTICE DATE<br>October 29, 2007 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | USCIS A#<br>A 074 922 467 |
| APPLICATION NUMBER<br>SSC*001347985 | RECEIVED DATE<br>July 24, 2007 | PRIORITY DATE<br>July 24, 2007 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
DANTE SANTIAGO GRASSO
c/o EMILIO F MARTINEZ
2250  3 SW 3RD AVE STE 500
MIAMI FL  33131

PAYMENT INFORMATION:

Single Application Fee:       $400.00
Total Amount Received:     $400.00
Total Balance Due:                $0.00

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:                   January 15, 1977
Address Where You Live:   13080 CORONADO TER
                                          NORTH MIAMI FL 33181

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office.  You should expect to be notified within 730 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at**1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at **www.uscis.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

USCIS has a free booklet to help you study for the naturalization test.  Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
PO BOX 851488
MESQUITE TX 75185-

**USCIS Customer Service Number:**
(800) 375-5283

RI

**EXHIBIT A**

SSC$001308567

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>October 30, 2007 |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | USCIS A#<br>A 074 922 467 |
| APPLICATION NUMBER<br>SSC*001347985 | RECEIVED DATE<br>July 24, 2007 | PRIORITY DATE<br>July 24, 2007 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

DANTE SANTIAGO GRASSO
c/o EMILIO F MARTINEZ
2250 3 SW 3RD AVE STE 500
MIAMI FL 33131

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>CIS BISCAYNE<br>521 NE 81ST STREET<br>BAY 11<br>MIAMI FL 331384519 | DATE AND TIME OF APPOINTMENT<br>11/13/2007<br>10:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS BISCAYNE
521 NE 81ST STREET
BAY 11
MIAMI FL 331384519

If you have any questions regarding this notice, please call 1-800-375-5283.    REPRESENTATIVE COPY

APPLICATION NUMBER
SSC*001347985

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessa the fingerprint worksheet should accompany you.*

**EXHIBIT B**

Form I-797C

## Emilio Martinez

| | |
|---|---|
| **From:** | Emilio Martinez [emilio@martinezsordolaw.com] |
| **Sent:** | Monday, April 06, 2009 5:25 PM |
| **To:** | 'MIAINQUIRIES' |
| **Cc:** | 'miami.natzaila@dhs.gov' |
| **Subject:** | G-28 previously submitted |
| **Attachments:** | GRASSO Dante MIA NATZ Inquiry 04062009.doc |

Please respond to emilio@martinezsordolaw.com.


Emilio F. Martinez, Esq.
Martinez & Sordo, P.A.
9350 South Dixie Highway, Floor 10
Miami, FL 33156
Phone: (305) 670-6767
Cell: (305) 720-5041
Fax: (786) 472-7030
emilio@martinezsordolaw.com
www.martinezsordolaw.com

The information contained in this facsimile transmission is CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this transmission is STRICTLY PROHIBITED. Martinez & Sordo, P.A. has not waived any applicable privilege by sending the accompanying transmission. If you receive this transmission in error, please notify us immediately by telephone, and we will arrange to have the transmission returned at no cost to you. Thank you.

**EXHIBIT C**

**Tracking:**

| Section A | * *Mandatory Fields* |
|---|---|
| RESPONSES WILL BE SENT TO THE ATTORNEY OF RECORD ONLY [No G-28 or an incomplete template may result in NO ACTION on your inquiry] ||
| *Attorney of Record Name: Emilio F. Martinez ||
| *Attorney email address: **emilio@martinezsordolaw.com** ||
| G-28 Attached ☐ (double click, choose checked) | G-28 Faxed ☐ (double click, choose checked, fax # 305-762-3394, district only) |
| I-485 - NO | N-400 (send to miami.natzaila@dhs.gov) - YES |
| *Beneficiary's Name: GRASSO, Dante | * Applicant's Name: SAME |
| Petitioner's Name: NONE | *Applicant's Date of Birth: 01/15/1977 |
| Country of Birth: PERU | *Nationality: ITALY |
| *A Number: 074 922 467 | Receipt #: SSC*001347985 |
| Family members if applicable: N/A | A # <br> Filing date: | A# <br> Filing date: |

* APPLICANT'S CURRENT ADDRESS: 13080 Coronado Terrace; North Miami; 33181
****NOTE*****

Mr. Grasso was interviewed for his Naturalization on October 16, 2008 by DAO Petit in the old 5th street NATZ building. He was scheduled for a second interview on November 19, 2008 by DAO Vlamynck. During the second interview, DAO Vlamynck wanted to take sworn testimony and told both Mr. Grasso and Counsel that we would absolutely have an answer within 120 days.

It is now April 6, 2009 and well over the 120 day threshold.

Please adjudicate this application pursuant to 8 USC §1447(b).

Your consideration is greatly appreciated!

EFM

| * Section B | Date: 4/17/09 | Must include date(s) ||
|---|---|---|---|
| Inquiry type CHECK ONE (double click on square and choose *checked* in the default value) ||||
| ☐ | I 485, interviewed over one year ago. | Date Interviewed: 06/05/2007 ||
| ☐ | Motion to Reopen filed over 6 months ago. | Date Filed: ||

Revised 071708 RF

| ☐ | No response to Service Motion Request. | Date on notice: |
|---|---|---|
| ☐ | No response to NOID rebuttal. | Date rebuttal filed: |
| ☐ | I-751 pending over 180 days | Date of Transfer: |
| ☐ | I-130, file transferred over 180 days. | Date of Transfer: |
| ☒ | N-400 | Date interviewed: 10/16/08 AND 11/19/08 |
| **Tracking Number (internal use only):** | | |
| **Office Response:** | | |

Revised 071708 RF

# Emilio Martinez

| | |
|---|---|
| **From:** | MIAINQUIRIES [Miainquiries@dhs.gov] |
| **To:** | Emilio Martinez |
| **Sent:** | Monday, April 06, 2009 6:24 PM |
| **Subject:** | Read: G-28 previously submitted |

Your message

   To:    'MIAINQUIRIES'
   Cc:    NATZAILA, Miami
   Subject: G-28 previously submitted
   Sent:   Mon, 6 Apr 2009 17:24:55 -0400

was read on Mon, 6 Apr 2009 18:24:26 -0400

1

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
DANTE GRASSO

### DEFENDANTS
ERIC H. HOLDER, US ATTORNEY GENERAL, et al

(b) County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Martinez & Sordo, PA
9350 South Dixie Highway; 10th Floor; Miami FL 33156
(305) 670-6767; (786) 472-7030 (fax)

Attorneys (If Known)
US ATTORNEY; 99 NE 4th Street; Miami FL 33132

(d) Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
✓ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ✓ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Handwritten: Dade 09cv21032 - Cooker/Bandstra

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ✓ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ✓ NO     b) Related Cases ☐ YES ✓ NO

JUDGE     DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Complaint for Mandamus - 28 USC 1361 & 5 USC 702 & 8 USC Sec. 1447(b)

LENGTH OF TRIAL via  2  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
*[signature: Carlos Martinez]*

DATE
April 20, 2009

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 999332   IFP
04/20/09